FILED

2008 FEB 19 P 1:52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADAM WANG (SBN 201233)
LAW OFFICES OF ADAM WANG
12 S FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Tel: 408-292-1040
Fax: 408-286-6619
ATTORNEY FOR PLAINTIFF

ADR

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NICOLAS ROBLES,

    Plaintiff,

vs.

EDSON CAMACHO, OSVALDINA LIMA, and DOES 1-10,

    Defendants

Case No: C08 00997 PVT

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial of causes of action alleged in their Complaint.

Dated: 2/15/08

By: /s/ Adam Wang
Adam Wang
Attorney for Plaintiff

COMPLAINT - 10