| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Adam Wang, Esq., 201233<br>Law Office of Adam Wang, Attorneys at Law<br>12 S. First St., Ste. 613<br>San Jose, CA 95113<br>(408) 292-1040<br>ATTORNEY FOR: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: San Francisco
450 Golden Gate Ave.
San Francisco, CA 94102-0000

PLAINTIFF/PETITIONER: Robles

DEFENDANT/RESPONDENT: Camacho, et al

CASE NUMBER: C08-00997 PVT

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   Summons & Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice; Consent to Proceed Before A US Magistrate Judge (Blank); Declination to Proceed Before A Magistrate Judge & Request for Reassignment to a US Dist. Judge (Blank); Standing Order for All Judges of the Northern Dist. of Calif.; Standing Order Re. Case Mgmt. in Civil Cases

3. a. Party served: Edson Camacho
   b. Person served: party in item 3a

4. Address where the party was served: 350 Paloma Ct.
   Martinez, CA 94553
   (HOME)

5. I served the party:
   b. **by substituted service.**  On: May 4, 2008
                                  at: 05:01 pm
   I left the documents listed in item 2 with or in the presence of:
   
   Osvaldina Lima - Co-resident

   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code of Civ. Proc. § 415.20). I mailed the documents
   on: May 6, 2008
   from: Lafayette, CA

   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service. (See Page 3 of 3)

Page 1 of 3

Judicial Council form POS-010 [Rev. January 1, 2007]    PROOF OF SERVICE OF SUMMONS    Code of Civil Procedure § 417.10

08-2549A/BProof30

| PLAINTIFF/PETITIONER: | Robles | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Camacho, et al | C08-00997 PVT |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers:
   a. Name: Faheem Moore
   Professional Process Service
   b. Address: 936 Dewing Ave., Ste. E-1, Lafayette, CA 94549
   c. Telephone: (925) 284-3990
   d. The fee for service was: $55.00
   e. I am:
   (3) registered California process server:
   (i) independent contractor.
   (ii) Registration No.: 1015
   (iii) County: Alameda

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2008

Faheem Moore
(NAME OF PERSON WHO SERVED PAPERS)

_____
(SIGNATURE)

Judicial Council form POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Page 2 of 3

08-2549A/BProof100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Adam Wang, Esq., 201233<br>Law Office of Adam Wang, Attorneys at Law<br>12 S. First St., Ste. 613<br>San Jose, CA 95113 | (408) 292-1040 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): | | |

Insert name of court, judicial district or branch court, if any:

United States District Court   Northern District
450 Golden Gate Ave.
San Francisco, CA 94102-0000

PLAINTIFF:
Robles

DEFENDANT:
Camacho, et al

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-00997 PVT |
|---|---|---|---|---|

I received the within process on **April 25, 2008** with instructions to serve said at the address(es) provided below.

After due and diligent effort, I have been unable to serve the party named below, personally pursuant to CCP §415.10. The following are the dates, times, and place(s) of my attempts, detailing my efforts.

PARTY SERVED: **Edson Camacho**

HOME: 350 Paloma Ct., Martinez, CA         BUSINESS:

ATTEMPTS (Dates-Times-Places-Details):

April 27, 2008   03:06 pm
    Home - No answer at door

April 30, 2008   08:27 pm
    Home - No answer at door

May 2, 2008   05:01 pm
    Home - servee not in

Page 3 of 3

Registered California process server.
County: **Alameda**
Registration No.: **1015**
Expiration: **December 16, 2009**
Professional Process Service
936 Dewing Ave., Ste. E-1
Lafayette, CA 94549

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 20, 2008** at **Lafayette**, California.

Signature: _____
Faheem Moore

08-2549A/BProof20

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Adam Wang, Esq., 201233<br>Law Office of Adam Wang, Attorneys at Law<br>12 S. First St., Ste. 613<br>San Jose, CA 95113<br>(408) 292-1040<br>ATTORNEY FOR: | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: San Francisco<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-0000 | |
| PLAINTIFF/PETITIONER: Robles<br>DEFENDANT/RESPONDENT: Camacho, et al | CASE NUMBER:<br>C08-00997 PVT |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: Summons & Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice; Consent to Proceed Before A US Magistrate Judge (Blank); Declination to Proceed Before A Magistrate Judge & Request for Reassignment to a US Dist. Judge (Blank); Standing Order for All Judges of the Northern Dist. of Calif.; Standing Order Re. Case Mgmt. in Civil Cases

3. a. Party served: Osvaldina Lima
   b. Person served: party in item 3a

4. Address where the party was served: 350 Paloma Ct.
   Martinez, CA 94553

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: May 4, 2008 (2) at: 05:01 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers:**
   a. Name: Faheem Moore
      Professional Process Service
   b. Address: 936 Dewing Ave., Ste. E-1, Lafayette, CA 94549
   c. Telephone: (925) 284-3990
   d. The **fee** for service was: $55.00
   e. I am:
      (3) registered California process server:
         (i) Employee or independent contractor.
         (ii) Registration No.: 1015
         (iii) County: Alameda

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2008

Faheem Moore
(NAME OF PERSON WHO SERVED PAPERS)                                   (SIGNATURE)

Judicial Council form POS-010 [Rev. January 1, 2007]    PROOF OF SERVICE OF SUMMONS    Code of Civil Procedure § 417.10

08-2549B/BProof29