| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Adam Wang, Esq., 201233<br>Law Office of Adam Wang, Attorneys at Law<br>12 S. First St., Ste. 613<br>San Jose, CA 95113<br>(408) 292-1040<br>ATTORNEY FOR: | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: San Francisco<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-0000 | |
| PLAINTIFF/PETITIONER: Robles<br>DEFENDANT/RESPONDENT: Camacho, et al | CASE NUMBER:<br>C08-00997 PVT |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: Summons & Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice; Consent to Proceed Before A US Magistrate Judge (Blank); Declination to Proceed Before A Magistrate Judge & Request for Reassignment to a US Dist. Judge (Blank); Standing Order for All Judges of the Northern Dist. of Calif.; Standing Order Re. Case Mgmt. in Civil Cases

3. a. Party served: Osvaldina Lima
   b. Person served: party in item 3a

4. Address where the party was served: 350 Paloma Ct. Martinez, CA 94553

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: May 4, 2008 (2) at: 05:01 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers:**
   a. Name: Faheem Moore
      Professional Process Service
   b. Address: 936 Dewing Ave., Ste. E-1, Lafayette, CA 94549
   c. Telephone: (925) 284-3990
   d. The fee for service was: $55.00
   e. I am:
      (3) registered California process server:
         (i) Employee or independent contractor.
         (ii) Registration No.: 1015
         (iii) County: Alameda

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2008

Faheem Moore
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Judicial Council form POS-010 [Rev. January 1, 2007]    PROOF OF SERVICE OF SUMMONS    Code of Civil Procedure § 417.10

08-2549B/BProof29