ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| NICOLAS ROBLES, | Case No.: C08-997 PVT |
|---|---|
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS EDSON CAMACHO and OSVALDINA LIMA** |
| vs. | |
| EDSON CAMACHO, OSVALDINA LIMA, and DOES 1-10, | |
| Defendants | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Nicolas Robles hereby requests that the Clerk of the above entitled Court enter default in this matter against Defendants Edson Camacho and Osvaldina Lima, on the grounds that Defendants have failed to respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the Complaint on Defendants on May 4, 2008.

Dated: June 5, 2008          By: /s/Adam Wang
                                  Attorney for Plaintiff

**REQUEST FOR ENTRY OF DEFAULT**
**Robles v. Camacho, et al. .**