ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ROBLES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDSON CAMACHO, OSVALDINA LIMA,<br><br>and DOES 1-10,<br><br>　　　　Defendants | Case No.: C08-993 PVT<br><br>**DECLARATION OF ADAM WANG IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS EDSON CAMACHO AND OSVALDINA LIMA** |

I, Adam Wang, do hereby declare as follows:

1.  I am an attorney of record for Plaintiff Nicolas Robles, in this action. I have personal knowledge of the facts set forth below, except for those of which I described as being based on information and belief, and if called as a witness, could and would competently testify thereto.

2.  This action was filed against Defendants on February 19, 2008.

4.  On May 4, 2008, Summons and other process papers were served on both Defendants Edson Camacho and Osvaldina Lima. See Docket #4 & 5.

4.  Pursuant to Federal Rules of Civil Procedure, Defendants are required to respond to the Complaint within 21 days of the service.

5. No answer or other form of response to the Complaint was ever filed by Defendants and no request for an extension of time to respond to the Complaint was made by Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 5, 2008                             By: /s/Adam Wang
                                                                Attorney for Plaintiff

2                                      C08-993 PVT

**DECLARATION OF ADAM WANG IN SUPPORT
OF REQUEST FOR ENTRY OF DEFAULT**
Robles v. Camacho, et al.