1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 613
   San Jose, CA 95113
3  Tel: (408) 292-1040
   Fax: (408) 416-0248
4
   Attorney for Plaintiff
5

6                    UNITED STATES DISTRICT COURT

7                  FOR NORTHERN DISTRICT OF CALIFORNIA

8  NICOLAS ROBLES,                    | Case No.: C08-997 PVT
9          Plaintiff,                 | **PROOF OF SERVICE ON REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS EDSON CAMACHO AND OSVALDINA LIMA**
10    vs.
11 EDSON CAMACHO, OSVALDINA LIMA,
12 and DOES 1-10,
13         Defendants

14
    I, the undersigned, declare that I am over the age of eighteen (18) and not a party to this
15
    action. My business address is 12 South First Street, Suite 613, San Jose, CA 95113.
16
    On the date hereof, I mailed the following document(s):
17
    **1. REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS EDSON
18     CAMACHO AND OSVALDINA LIMA;**

19  **2. DECLARATION OF ADAM WAGG IN SUPPORT OF REQUEST FOR ENTRY
       OF DEFAULT AGAINST DEFENDANTS EDSON CAMACHO AND
20     OSVALDINA LIMA**

21
    **3. Proof of Service REQUEST FOR ENTRY OF DEFAULT AGAINST
22     DEFENDANTS EDSON CAMACHO AND OSVALDINA LIMA**

23
    to the following:
24

| Edson Camacho | Osvaldina Lima |
| --- | --- |
| 350 Paloma Court | 350 Paloma Court |
| Martinez, CA 94553 | Martinez, CA 94553 |

25

                                        1                                C08-997 PVT
**PROOF OF SERVICE ON REQUEST FOR ENTRY OF DEFAULT**
Robles v. Camacho, et al. .

1  I declare that the under penalty of perjury under the laws of the United States, the foregoing is
2  true and correct.

3

4       Dated:  June 5, 2008                By:  /s/Adam Wang
                                                  Attorney for Plaintiff

2                                                            C08-997 PVT
**PROOF OF SERVICE ON REQUEST FOR ENTRY OF DEFAULT**
Robles v. Camacho, et al. .