**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ROBLES,                                                C 08-00997 PVT

       *Plaintiff(s),*

                                                       **CLERK'S NOTICE RESCHEDULING**
                                                       **CASE MANAGEMENT CONFERENCE**

*vs.*

CAMACHO, ET AL.,

       *Defendant(s).*

_____

Please take notice that the Case Management Conference previously scheduled for June 10, 2008 has been rescheduled for **August 19, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: June 9, 2008

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK