1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 613
   San Jose, CA 95113
3  Tel:  (408) 292-1040
   Fax:  (408) 416-0248
4
   Attorney for Plaintiff
5

6                          UNITED STATES DISTRICT COURT

7                       FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8  NICOLAS ROBLES, | Case No.: C08-997 PVT |
| 9       Plaintiff, | **PROOF OF SERVICE ON SUPPLEMENTAL DECLARATION OF ADAM WANG IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS EDSON CAMACHO AND OSVALDINA LIMA** |
| 10      vs. | |
| 11 EDSON CAMACHO, OSVALDINA LIMA, | |
| 12 and DOES 1-10, | |
| 13      Defendants | |

   I, the undersigned, declare that I am over the age of eighteen (18) and not a party to this

   action. My business address is 12 South First Street, Suite 613, San Jose, CA 95113.

   On the date hereof, I mailed the following document(s):

   **1. SUPPLEMENTAL DECLARATION OF ADAM WAGG IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS EDSON CAMACHO AND OSVALDINA LIMA**

   **2. PROOF OF SERVICE RE SUPPLEMENTAL DECLARATION OF ADAM WAGG IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS EDSON CAMACHO AND OSVALDINA LIMA**

   to the following:

| Edson Camacho | Osvaldina Lima |
|---|---|
| 350 Paloma Court | 350 Paloma Court |
| Martinez, CA 94553 | Martinez, CA 94553 |

                                                  1                              C08-997 PVT

   **PROOF OF SERVICE ON REQUEST FOR ENTRY OF DEFAULT**
   Robles v. Camacho, et al. .

1  I declare that the under penalty of perjury under the laws of the United States, the foregoing is
2  true and correct.

3

4        Dated: June 9, 2008                By:  /s/Adam Wang
                                                  Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2                                                                                        C08-997 PVT
**PROOF OF SERVICE ON REQUEST FOR ENTRY OF DEFAULT**
Robles v. Camacho, et al. .