**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

June 12, 2008

RE:  <u>CV 08-00997 PVT</u>        <u>NICOLAS ROBLES-v- EDSON CAMACHO, ET AL.</u>

Default is entered as to Defendants Edson Camacho and Osvaldina Lima on 6/12/2008 .

RICHARD W. WIEKING, Clerk

by <u>Betty Walton</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89