Edson Camacho
350 Paloma Court
Martinez, CA 94553
(510) 853-4462
Defendant pro se

Osvaldina Lima
350 Paloma Court
Martinez, CA 94553
(510) 853-4462
Defendant pro se

FILED
2008 JUN 13 P 3:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# United States District Court
## Northern District of California

NICHOLAS ROBLES,

    *Plaintiff,*

vs.

EDSON CAMACHO, OSVALDINA LIMA, et al.

    *Defendants.*

No. C 08 997 PVT

NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

Date:
Time:
Courtroom:

## NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

To:   Adam Wang
       12 South First Street, Suite 613
       San Jose, California 95113
       Attorney for Plaintiff

Please take notice that defendants EDSON CAMACHO and OSVALDINA LIMA will bring their motion to set aside entry of default on for hearing on _____, at _____ o'clock ___m, in Courtroom ____ of the United States District Court, 280 South 1st Street, San Jose, CA 95113, or as soon thereafter as parties and counsel may be heard. Defendants base their motion on FRCP 65(c).

6-12-2008
Date

_____
Edson Camacho

06-09-2008
Date

_____
Osvaldina Lima
Defendants pro se

1
Notice of Motion and Motion to Set Aside Entry of Default