Edson Camacho
350 Paloma Court
Martinez, CA 94553
(510) 853-4462
Defendant pro se

Osvaldina Lima
350 Paloma Court
Martinez, CA 94553
(510) 853-4462
Defendant pro se

FILED
2008 JUN 13 P 3: 13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# United States District Court
## Northern District of California

NICHOLAS ROBLES,

    *Plaintiff*,

vs.

EDSON CAMACHO, OSVALDINA LIMA, et al.

    *Defendants*.

No. C 08 997 PVT

DECLARATION OF OSVALDINA LIMA IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

Date:
Time:
Courtroom:

### DECLARATION OF OSVALDINA LIMA IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

I, Osvaldina Lima, declare under penalty of perjury as follows:

1. I am one of the defendants in this case.

2. On May 4, 2008, I was in Santa Cruz with Edson Camacho. We returned home to our house at 350 Paloma Street, Martinez, California, at about 10:00 pm.

3. No Summons or Complaint arrived by mail at our house from March 4, 2008 to March 22, 2008, when I left for Brazil

4. I have never met anyone named Faheem Moore. Neither Faheem Moore nor anyone else ever personally served me with the Summons or Complaint in this case. The first I heard about it was when Edson Camacho called me in Brazil, shortly after June 5, 2008, and told me that he had received the request for entry of default in the mail.

I declare under penalty of perjury under the laws of the United States that the facts stated in this declaration are true and correct. Executed in 6-09-08, Brazil, on

1

1  06-09-2008.

*(signature)* Osvaldina Lima
Osvaldina Lima
Defendant pro se

2

Declaration of Osvaldina Lima in Support of Motion to Set Aside Entry of Default