Edson Camacho
350 Paloma Court
Martinez, CA 94553
(510) 853-4462
Defendant pro se

Osvaldina Lima
350 Paloma Court
Martinez, CA 94553
(510) 853-4462
Defendant pro se

FILED
2008 JUN 13 P 3: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# United States District Court
## Northern District of California

NICHOLAS ROBLES,

    *Plaintiff*,

vs.

EDSON CAMACHO, OSVALDINA LIMA, et al.

    *Defendants*.

No. **C 08 997 PVT**

ANSWER TO COMPLAINT

## ANSWER TO COMPLAINT

Defendants Camacho and Lima answer the complaint as follows:

1. Defendants admit the allegations of paragraphs 3 and 4 of the complaint.

2. In response to paragraphs 12, 14, 21, 35, 47, and 48 of the complaint, defendants admit only the language of the statutes cited and deny the balance of those paragraphs.

3. Defendants are without sufficient knowledge to admit or deny the allegations of paragraphs 2 and 10 of the complaint.

4. Defendants deny the allegations of paragraphs 1, 5, 6, 7, 8, 9, 13, 15, 16, 17, 18, 20, 22, 23, 24, 25, 26, 27, 29, 30, 31, 32, 34, 36, 37, 39, 40, 41, 42, 43, 44, 45, 49, 50, 51, 52, and 53 of the complaint.

5. Defendants reiterate their answers to the paragraphs incorporated into paragraphs 19, 28, 33, 38, and 46 of the complaint.

6. Defendants deny any other allegation in the complaint not specifically responded to

above.

Wherefore, defendants pray that this court dismiss the complaint with prejudice and award them their costs and such other relief as the court may find proper.

6-12-2008
Date

*[signature]*
Edson Camacho

6-09-2008
Date

*[signature]*
Osvaldina Lima

Defendants pro se

---

2
Answer to Complaint