```
1    Edson Camacho
     350 Paloma Court
2    Martinez, CA 94553
     (510) 853-4462
3    Defendant pro se

4    Osvaldina Lima
     350 Paloma Court
5    Martinez, CA 94553
     (510) 853-4462
6    Defendant pro se

7
```

FILED

2008 JUN 13 P 3 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# United States District Court
## Northern District of California

| | |
|---|---|
| NICHOLAS ROBLES,<br><br>*Plaintiff*,<br>vs.<br><br>EDSON CAMACHO, OSVALDINA LIMA, et al.<br><br>*Defendants*. | No. **C 08 997 PVT**<br><br>PROOF OF SERVICE<br><br>Date:<br>Time:<br>Courtroom: |

### PROOF OF SERVICE

I, the undersigned, depose and state: I reside or do business within the County of Contra Costa. I am eighteen years of age or older and not a party to this action. My address is 3431 HELEN ST. OAKLAND CA 94608.

On 6-13-2008, I served the following documents:

Motion to Set Aside Entry of Default; Memorandum in Support of Motion to Set Aside Entry of Default; Declaration of Edwin Camacho in Support of Motion to Set Aside Entry of Default; Declaration of Osvaldina Lima in Support of Motion to Set Aside Entry of Default; Exhibit "A"

I served the following persons by U.S. mail:

Adam Wang
12 South First Street, Suite 613
San Jose, CA 95113
Attorney for Plaintiff

I declare under penalty of perjury that the above is true. Executed in Oakland, California on 6-13-2008.

LORENZO CHAVEZ

Memorandum in Support of Motion to Set Aside Entry of Default