UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLAS ROBLES,<br><br>    Plaintiff,<br><br>v.<br><br>EDSON CAMACHO, et al.,<br><br>    Defendants.<br>_____<br><br>AND RELATED CROSS ACTION<br>_____ | Case No.: C 08-0997 PVT<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT;**<br><br>**AND**<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED** |

On June 16, 2008, Defendants filed a motion to set aside entry of default.[1] Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that, no later than June 24, 2008, Plaintiff shall file his opposition, if any, to Defendants' motion. The matter will then be submitted on the papers.

IT IS FURTHER ORDERED that, no later than June 24, 2008, Plaintiff shall file a declaration showing cause, if any, why this case should not be transferred to the San Francisco / Oakland division of this court. *See* Civil L.R. 3-2(d).[2]

Dated: *6/17/08*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] It appears the case was erroneously assigned to a judge in the San Jose division of the court because Plaintiff's counsel marked the wrong box on the civil cover sheet.

Order, *page 1*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on     6/17/08        to:
5  Edson Camacho
   350 Paloma Court
6  Martinez, CA 94553
7  Osvaldina Lima
   350 Paloma Court
8  Martinez, CA 94553
9
10                                          *Donna Kirchner        for*
                                             CORINNE LEW
11                                           Courtroom Deputy
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*