UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLAS ROBLES,<br><br>    Plaintiff,<br><br>v.<br><br>EDSON CAMACHO, et al.,<br><br>    Defendants.<br>_____<br><br>AND RELATED CROSS ACTION<br>_____ | Case No.: C 08-0997 PVT<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT AND SETTING DEADLINE FOR PLAINTIFF TO RESPOND TO COUNTERCLAIM** |

On June 16, 2008, Defendants filed a motion to set aside entry of default.[1] On June 17, 2008, this court issued an order setting a deadline of June 24, 2008 for Plaintiff to file an opposition, if any, to Defendants' motion. Plaintiff did not file any opposition. Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that Defendants' motion to set aside entry of default is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall respond to Defendants' counterclaim no later than July 15, 2008.

Dated: *6/25/08*

                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on   6/25/08         to:
5  Edson Camacho
   350 Paloma Court
6  Martinez, CA 94553
7  Osvaldina Lima
   350 Paloma Court
8  Martinez, CA 94553
9
10                                          /s/ Donna Kirchner         for
                                            CORINNE LEW
11                                          Courtroom Deputy
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28