UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLAS ROBLES,<br><br>    Plaintiff,<br><br>    v.<br><br>EDSON CAMACHO, et al.,<br><br>    Defendants.<br>_____<br><br>AND RELATED CROSS ACTION<br>_____ | Case No.: C 08-0997 PVT<br><br>**ORDER TRANSFERRING CASE TO SAN FRANCISCO / OAKLAND DIVISION** |

On June 17, 2008 this court issued an order to show cause why the case should not be transferred to the San Francisco / Oakland Division of this court.[1] No response was filed by the June 24, 2008 deadline. Therefore,

IT IS HEREBY ORDERED that this case be transferred to the San Francisco / Oakland Division of this court. The parties all reside in Contra Costa County and it does not appear that any of the events at issue in this action occurred in any county covered by the San Jose Division. Thus, pursuant to this court's Civil Local Rule 3-2(d), this case should have been assigned to the San Francisco / Oakland Division.[2]

Dated: *6/25/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] It appears the case was erroneously assigned to a judge in the San Jose Division of the court because Plaintiff's counsel marked the wrong box on the civil cover sheet.

ORDER, *page 1*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on    *6/26/08*    to:

Edson Camacho
350 Paloma Court
Martinez, CA 94553

Osvaldina Lima
350 Paloma Court
Martinez, CA 94553

　　　　　　　　　　　　　　　　　　　　　  */s/ Donna Kirchner    for*
　　　　　　　　　　　　　　　　　　　　　  CORINNE LEW
　　　　　　　　　　　　　　　　　　　　　  Courtroom Deputy

ORDER, *page 2*