OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
2008 JUL 14 P 3:14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.



CERTIFIED MAIL
7007 0220 0004 4395 5220

EDSON CAMACHO
350 PALOMA CT.
MARTINEZ, CA 94553

NIXIE     945    4C   1        30   07/12/08
         RETURN TO SENDER
         UNCLAIMED
         UNABLE TO FORWARD
BC: 95113309500    *2756-00895-11-37

C08.997 PVT

UNITED STATES POSTAGE
$05.32
MAILED FROM ZIP CODE