OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
2008 JUL 14 P 3: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

6-17-08

CERTIFIED MAIL

7007 0220 0004 4395 5237

OSVALDINA LIMA
350 PALOMA CT.
MARTINEZ, CA 94553

NIXIE    945    4E    1    30 07/12/08
         RETURN TO SENDER
         UNCLAIMED
         UNABLE TO FORWARD

BC: 95113309500    *2756-00896-14-37

9455944024 0042
95113309895

C08.997-PVT