1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 613
   San Jose, CA 95113
3  Tel: (408) 292-1040
   Fax: (408) 416-0248
4  waqw@sbcglobal.net

5  Attorney for Plaintiff/Counterclaim Defendant

6  UNITED STATES DISTRICT COURT

7  FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8  NICOLAS ROBLES, | Case No.: C08-997 PJH |
| 9       Plaintiff, | **PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER** |
| 10      vs. | |
| 11 EDSON CAMACHO, OSVALDINA LIMA, | |
| 12 and DOES 1-10, | |
| 13      Defendants | |

14

15      Pursuant to Civil Local Rule 6-3, Plaintiff/Counterclaim Defendant, Nicolas Robles,

16 hereby moves to continue the Initial Case Management Conference as follows:

17      1.   The Court set the Initial Case Management Conference on July 31, 2008.

18      2.   Plaintiff/Counterclaim Defendant's counsel has a schedule conflict on that day.

19      3.   Plaintiff counsel has also received a call from Defendants/Counterclaim Plaintiff

20 Mr. Edson Camacho requesting a stipulation for continuance of the Initial Case Management

21 Conference to August 14, 2008, as he will not be available prior to that date.

22      4.   I have sent a draft stipulation via e-mail to Mr. Camacho to the e-mail address he

23 provided, but no response was received.

24      5.   As such, Plaintiff respectfully requests that the Court continue the Initial Case

25 Manage Conference to August 14, 2008.

**MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
Robles v. Camacho, et al.

                                    1                                    C08-997 PJH

1  I, the undersigned, declare under the penalty of perjury under the laws of the United
2  States the foregoing is true and accurate.

4  Dated:  July 24, 2008                          By:  /s/ Adam Wang
                                                          Adam Wang
5                                                  Attorney for Plaintiff/Counterclaim Defendant

   _____
7                     [PROPOSED] ORDER

8  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case
9  Management Conference be continued to August 14, 2008.

   IT IS SO ORDERED.

   Dated:  July __, 2008                          By:  _____
12                                                  United States District Judge

**MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
Robles v. Camacho, et al.
                                   2                                C08-997 PJH