ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiff/Counterclaim Defendant

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ROBLES,<br><br>        Plaintiff,<br><br>    vs.<br><br>EDSON CAMACHO, OSVALDINA LIMA,<br><br>and DOES 1-10,<br><br>        Defendants | Case No.: C08-997 PJH<br><br>**PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 6-3, Plaintiff/Counterclaim Defendant, Nicolas Robles, hereby moves to continue the Initial Case Management Conference as follows:

1. The Court set the Initial Case Management Conference on July 31, 2008.

2. Plaintiff/Counterclaim Defendant's counsel has a schedule conflict on that day.

3. Plaintiff counsel has also received a call from Defendants/Counterclaim Plaintiff Mr. Edson Camacho requesting a stipulation for continuance of the Initial Case Management Conference to August 14, 2008, as he will not be available prior to that date.

4. I have sent a draft stipulation via e-mail to Mr. Camacho to the e-mail address he provided, but no response was received.

5. As such, Plaintiff respectfully requests that the Court continue the Initial Case Manage Conference to August 14, 2008.

**MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
Robles v. Camacho, et al.

1                                                                                       C08-997 PJH

1  I, the undersigned, declare under the penalty of perjury under the laws of the United
2  States the foregoing is true and accurate.

4  Dated: July 24, 2008                By:  /s/ Adam Wang
                                            Adam Wang
5                                           Attorney for Plaintiff/Counterclaim Defendant

_____
7  [~~PROPOSED~~] ORDER

8  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case
9  Management Conference be continued to August 14, 2008.

11 IT IS SO ORDERED.

12 Dated: July __28, 2008             By:_____
                                         United States District Judge



**MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
Robles v. Camacho, et al.
                              2                          C08-997 PJH

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBLES et al,

        Plaintiff,

  v.

CAMACHO et al,

        Defendant.

Case Number: CV08-00997 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edson Camacho
350 Paloma Court
Martinez, CA 94553

Osvaldina Lima
350 Paloma Court
Martinez, CA 94553

Dated: July 28, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk