UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES**

**Date:** August 14, 2008                                          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-997 PJH

**Case Name:** Nicolas Robles v. Edson Camacho, et al.

**Attorney(s) for Plaintiff:**     Adam Wang
**Attorney(s) for Defendant:**     Edson Comacho (pro se)

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held. The defendant informs the court that he will consent to a magistrate judge for all purposes. The court orders plaintiff's counsel to meet and confer with client and inform the court in writing within one week if they will or will not consent. Any amended complaint to add plaintiffs must be filed within 90 days. The court sets a pretrial schedule.

**REFERRALS:**

**[x] Case referred to ADR for Mediation to be completed within 120 days**.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 7/15/09**
**Expert disclosure: 5/13/09**
**Expert discovery cutoff: 7/15/09**
**Motions heard by: 9/16/09**
**Pretrial Conference: 12/17/09**
**Trial: 1/25/2010 at 8:30 a.m., for 4 days, by [x] Jury [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** chambers; ADR