ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

August 18, 2008

Adam Wang
Law Offices of Adam Wang
12 South First Street
Suite 613
San Jose, CA 95113
408-421-3403

Edson Camacho
350 Paloma Court
Martinez, CA 94553
510-853-4462

Osvaldina Lima
350 Paloma Court
Martinez, CA 94553
510-853-4462

Re:   Robles v. Camacho
      Case No. C 08-00997 PJH MED

Dear Mr. Wang, Mr. Camacho, and Ms. Lima:

   We have received notification from Phyllis J. Hamilton that the referenced case was referred to Mediation on August 14, 2008. The ADR Program would like to convene a conference call with all participants and one of our legal staff to discuss the nature of the case and how Mediation can assist you. We scheduled this call for **Wednesday, August 27, 2008 at 11:30 a.m.** This office will initiate the call. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

   Thank you for your attention to this matter.

                                   Sincerely,

                                   Alice M. Fiel
                                   ADR Case Administrator