1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
9                                                    No. C
10              Plaintiff(s),                        **CONSENT TO PROCEED BEFORE A
                                                     UNITED STATES MAGISTRATE JUDGE**
11        v.
12
13              Defendant(s).
                                            /
14
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____       _____
                                          Signature
22
                                          Counsel for _____
23                                        (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 12 South First Street, Suite 613, San Jose, CA 95113.

On the date hereof, I mailed the following document(s):

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

to the following:

| Edson Camacho | Osvaldina Lima |
| 350 Paloma Court | 350 Paloma Court |
| Martinez, CA 94553 | Martinez, CA 94553 |

I declare that the under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Dated: August 21, 2008         By: /s/Adam Wang
                                   Attorney for Plaintiff

1                                                                                    C08-997 PVT

**PROOF OF SERVICE ON REQUEST FOR ENTRY OF DEFAULT**
Robles v. Camacho, et al. .