UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS ROBLES,

    Plaintiff(s),

v.

EDSON CAMACHO, et al.,

    Defendant(s).
_____/

No. C 08-0997 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred for random assignment of a Magistrate Judge for all purposes including trial and entry of judgment.

    The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: August 22, 2008

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

cc: Wings, Assigned M/J

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBLES et al,

        Plaintiff,

v.

CAMACHO et al,

        Defendant.

Case Number: CV08-00997 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edson Camacho
350 Paloma Court
Martinez, CA 94553

Osvaldina Lima
350 Paloma Court
Martinez, CA 94553

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk