# FEDERAL PRO BONO PROJECT
# REFERRAL FORM

TO:

Jennifer Greengold
(415) 626-6917; fax (415)626-6997
Supervising Attorney
Federal Legal Assistance & Pro Bono Project
Volunteer Legal Services Program of BASF
450 Golden Gate Ave, 15th Floor, rm 15-2796
San Francisco, CA 94102
jgreengold@sfbar.org

Christine A. Burdick
(408) 287-2557; fax (418)850-1506
Executive Director
Santa Clara County Bar Association
4 North 2nd Street, #400
San Jose, CA 95113
ChrisB@sccba.com

REFERRING JUDGE: Magistrate Judge James Larson

DATE: August 7, 2009

RE: Referral of Indigent Litigant for Appointment of Counsel

Please be advised that the following pro se litigant is being referred to the Bar Association of San Francisco Volunteer Legal Services Program/Santa Clara County Bar Association for appointment of a volunteer attorney through the Federal Pro Bono Project. The litigant has been given a copy of the instruction sheet for litigants. One copy of the court file is enclosed, or will be forwarded as soon as it is available.

Name: Edson Camacho

Address: 350 Paloma Court - Martinez, CA 94553

Telephone #: (510) 853-4462

Message Telephone #:

Case Name: Nicolas Robles v. Edson Camacho, et al.,

Status of Case:

United States District Court
For the Northern District of California

EXHIBIT B TO FEDERAL PRO BONO PROJECT GUIDELINES