Federal Pro Bono Project
*of the*
United States District Court
Northern District of California
*with*
The Bar Association of San Francisco
Volunteer Legal Services Program
*and*
Santa Clara County Bar Association

## Instruction Sheet for Litigant

TO (Name of litigant):   Edson Camacho

FROM (Referring judge):   Magistrate Judge James Larson

DATE:   August 7, 2009

RE:   Referral to the Federal Pro Bono Project

---

You are being referred to the Federal Pro Bono Project of the Bar Association of San Francisco Volunteer Legal Services Program ("BASF") or Santa Clara County Bar Association ("SCCBA"). This organization will attempt to locate a volunteer attorney willing to be appointed to represent you in your employment discrimination case. **There is no guarantee that the Project will be able to locate an attorney to represent you.** To remain eligible for this Project, it is important that you follow all of the instructions below:

1. During the time the Project is attempting to find an attorney for your case, you must notify the Project staff immediately if you change your address or telephone number. Write to:

   Jennifer Greengold
   (415) 626-6917; fax (415)626-6997
   Supervising Attorney
   Federal Legal Assistance & Pro Bono Project
   Volunteer Legal Services Program of BASF
   450 Golden Gate Ave, 15th Floor, rm 15-2796
   San Francisco, CA 94102
   jgreengold@sfbar.org

   Christine A. Burdick
   (408) 287-2557
   Executive Director
   Santa Clara County Bar Association
   4 North 2nd Street, #400
   San Jose, CA 95113
   ChrisB@sccba.com

2. During this time, one or more attorneys may want to speak with you in person or over the telephone to help them decide whether they will be able to represent you. This may require that you meet with the attorney or attorneys in their offices. You should be prepared to attend such meetings. The attorney or attorneys may also want to speak with potential witnesses.

3. You will be contacted by the Project staff if a volunteer attorney agrees to represent you. This process may take as long as several months. If you are referred to a volunteer attorney, you will be expected to cooperate fully with that attorney.

4. If you are referred to a volunteer attorney, <u>do not</u> miss any appointments with the attorney, except in an emergency. If you miss an appointment or fail to cooperate with your attorney, you may no longer be entitled to receive free legal services through the BASF/SCCBA.

EXHIBIT C TO FEDERAL PRO BONO PROJECT GUIDELINES