UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBLES et al,

        Plaintiff,

  v.

CAMACHO ET AL et al,

        Defendant.
                                                  /

Case Number: CV08-00997 JL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edson Camacho
350 Paloma Court
Martinez, CA 94553

Osvaldina Lima
350 Paloma Court
Martinez, CA 94553

Dated: August 7, 2009

                                        Richard W. Wieking, Clerk
                                        By: Venice Thomas, Deputy Clerk