UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicholas Robles, | No. C 08-0997 JL |
|     Plaintiff, | |
|     v. | ORDER OF DISMISSAL |
| Edson Camacho, et al., | |
|     Defendants. | |

The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

DATED: March 10, 2010

                                                _____
                                                James Larson
                                                United States Magistrate Judge